AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| Columbia Sportswear Company, Columbia Sportswear North America, Inc., and Columbia Brands USA, LLC _____ *Plaintiff(s)* v. Barefoot Creations LLC dba Softstar Shoes _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  3:23-cv-668 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Barefoot Creations LLC dba Softstar Shoes
c/o Patricia Salcido, Registered Agent
914 Main Street
Philomath, OR 97370

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Michael A. Cohen
Nika Aldrich
Schwabe, Williamson & Wyatt, P.C.
1211 SW Fifth Street, Suite 1900
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **05/05/2023**

By: **/S/S. Behrends, Deputy Clerk**